■ TRAVELERS INSURANCE COMPANY, Appellant, v PUBLIC SERVICE MUTUAL INSURANCE COMPANY, Respondent. [626 NYS2d

441] —Order, Supreme Court, New York County (Ira Gammerman, J.), entered on January 26, 1994, unanimously affirmed for the reasons stated by Gammerman, J., with costs and disbursements. Concur—Ellerin, J. P., Wallach, Kupferman, Nardelli and Mazzarelli, JJ.